# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Randall Kurt Theunissen
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

Neil Gregory Vincent
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

David J. Ayo
Allen & Gooch
2000 Kaliste Saloom, Ste 400
Lafayette LA 70508

## REHEARING ACTION: June 30, 2010

**Docket Number: 09   00509-CA**

**WEST CAMERON PORT, HARBOR AND TERMINAL DISTRICT**
**VERSUS**
**LAKE CHARLES HARBOR & TERMINAL DIST., ET AL.**

**Appealed from Cameron Parish Case No. 10-17271**

**BEFORE JUDGES:**

  **Hon. Ulysses Gene Thibodeaux**
  **Hon. Sylvia R. Cooks**
  **Hon. John D. Saunders**
  **Hon. Elizabeth A. Pickett**
  **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **West Cameron Port, Harbor and Terminal District** has this day

been

  **DENIED.**
  Cooks, J., would grant the rehearing.

cc: Michael Kenneth Dees, Counsel for the Appellant
    Aubrey Bernard Hirsch, Counsel for the Appellant
    Steven Franklin Griffith, Counsel for the Appellant
    Hon. Henry L. Yelverton, Counsel for the Appellant
    Roy Clifton Cheatwood, Counsel for the Appellant
    Lana D. Crump, Counsel for the Appellee
    G. William Jarman, Counsel for the Appellee
    Linda Sarradet Akchin, Counsel for the Appellee
    Glenn Michael Farnet, Counsel for the Appellee
    Terrence D. McCay, Counsel for the Appellee